UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES DONALDSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1896** |
| **DARREL VANNOY** | **SECTION: "E"(3)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Supplemental Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Supplemental Report and Recommendation, hereby approves the Supplemental Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the amended federal application for habeas corpus relief filed by James Donaldson is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 7th day of July, 2017.

_____
**UNITED STATES DISTRICT JUDGE**